# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROOSEVELT D. JONES

NO. 2025 KW 1319

**MARCH 9, 2026**

---

In Re:   Roosevelt D. Jones, applying for supervisory writs, 18th
         Judicial District Court, Parish of West Baton Rouge, No.
         131415.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT